_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

AO 93 (Rev. 11/13) Search and Seizure Warrant

**JUN 19 2018**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>Target Location #2 (TL2): 1625 Kent Des Moines Rd,<br>Apartment 5, Des Moines, Washington, as further<br>described in Attachment A | )<br>)<br>)<br>)<br>)<br>)   Case No.  MJ18-052 (2) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Washington _____ *(identify the person or describe the property to be searched and give its location)*:

Target Location #2 (TL2): 1625 Kent Des Moines Rd, Apartment 5, Des Moines, Washington, as further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for list of items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before _____ February 23, 2018 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _ any U.S. Magistrate Judge in West. Dist. of Washington _ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   Feb 9, 2018
                        3:08

City and state:      Seattle, Washington

                                    *Judge's signature*

                                    Chief United States Magistrate Judge James P. Donohue
                                    *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |
|---|

| Case No.: | Date and time warrant executed: 2/13/18 | Copy of warrant and inventory left with: REDONI |
|---|---|---|

Inventory made in the presence of : REDONI

Inventory of the property taken and name of any person(s) seized:   6/19/18 (M)

SEE DCA 12

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/19/18

_____
*Executing officer's signature*

SA   K. PALKU
*Printed name and title*

## Attachment A

### Location to be Searched

For the following location, the requested authority to search extends to all parts of the property, including its main structure, garage(s), storage structures, outbuildings, curtilage, and all vehicles, containers, compartments, or safes located on the property, whether locked or not, where the items described in Attachments B (list of items to be seized) could be found, and to the persons of individuals found at the subject location.

**Target Location #2 (TL2): 1625 Kent Des Moines Rd, Apartment 5, Des Moines, Washington**
The residence is an apartment with an unknown amount of bedrooms. The residence is located within a brown two story multi-unit apartment building to which is affixed a blue sign "Hidden Harbor House"  adjacent to Kent Des Moines Road in the City of Des Moines, Washington.  The number "5" is labeled in white, on a black placard on the tan/brown door of the apartment.

*Note:  Authority to search extends to any storage areas specifically associated with the target apartment located on the same premises.*

**Attachment B**

**List of Items to be Searched for and Seized**

This warrant authorizes the government to search for the following items:

The following evidence, instrumentalities, and/or fruits of the commission of the following crimes: *distribution and possession with intent to distribute controlled substances*, including heroin, methamphetamine, and cocaine, in violation of 21 U.S.C. § 841(a)(1); *conspiracy to distribute controlled substances*, in violation of 21 U.S.C. § 846; and, *use of a communications facility in furtherance of a felony drug offense* in violation of 21 U.S.C. § 843(b):

1.      Controlled Substances:  Including but not limited to heroin, methamphetamine, and cocaine.

2.      Drug Paraphernalia:  Items used, or to be used, to store, process, package, use, and/or distribute controlled substances, such as plastic bags, cutting agents, scales, measuring equipment, tape, hockey or duffel bags, baggies or other packaging materials, chemicals or items used to test the purity and/or quality of controlled substances, and similar items.

3.      Drug Transaction Records:  Documents such as ledgers, receipts, notes, and similar items relating to the acquisition, transportation, and distribution of controlled substances, however stored.

4.      Customer and Supplier Information:  Items identifying drug customers and drug suppliers, such as telephone records, personal address books, correspondence, diaries, calendars, notes with phone numbers and names, "pay/owe sheets" with drug amounts and prices, maps or directions, and similar items.

5.      Weapons:  Including but not limited to firearms, magazines, ammunition, holsters and body armor.

6.      Cash and cash equivalents, to include negotiable instruments that can be purchased with cash, such as cashiers' checks, travelers checks, and money orders.

7.      Money counters, shrink wrap devices, and similar items related to the processing, packaging, and transportation and/or concealment of cash.

8.      Photographs/Surveillance:  Photographs, video tapes, digital cameras, surveillance cameras and associated hardware/storage devices, and similar items, depicting property occupants of the property occupants, their associates, and assets.

9.      Indicia of occupancy, residency, dominion and control, and/or ownership of property, including, but not limited to, utility and telephone bills, canceled envelopes, rental / lease records or payment receipts, leases, mortgage statements, and other documents.

10.     Codes:  Evidence of codes used in the distribution of controlled substances, including but not limited to passwords, code books, cypher or decryption keys, and similar information.

11.     Evidence of Storage Unit Rental or Access:  rental and payment records, keys and codes, pamphlets, contracts, contact information, directions, passwords or other documents relating to storage units.

12.     Safes and locked storage containers, and the contents thereof which are otherwise described in this document.

13.     Evidence of asset ownership, to include registration information, ownership documents, purchase documents, or other evidence of ownership of assets, including, but not limited to vehicles, vessels, all-terrain vehicles, and other personal property.

14.     Documents evidencing domestic or international wire transfers.

15.     Documents reflecting the source, receipt, transfer, control, ownership, and disposition of United States and/or foreign currency.

16.     Correspondence, papers, records, and any other items showing employment or lack of employment.

17.     Travel documents: airline tickets, frequent flyer statements, boarding passes, travel itineraries, passports, and other documents related to travel.

18.     Evidence of association with co-conspirators, to include address books, photographs, and documents such as telephone records and bills establishing associations with others involved in the offenses listed above.

19.     Tools:  Tools that may be used to open hidden compartments in vehicles, paint, bonding agents, magnets, or other items that may be used to open/close said compartments.

20.     Cell Phones: Cellular telephones and other communications devices including smartphones (i.e., iPhones, Android phones, and the like) may be seized, and searched for the following items:

   a. Assigned number and identifying telephone serial number (ESN, MIN, IMSI, or IMEI);

   b. Stored list of recent received, sent, and missed calls;

   c. Stored contact information;

   d. Stored photographs of narcotics, currency, firearms or other weapons, evidence of suspected criminal activity, and/or the user of the phone or suspected co-conspirators, including any embedded GPS data associated with those photographs;

   e. Stored photographs of real estate, or other records pertaining to the purchase, sale, lease, or renovation of real property;

   f. Stored text messages;

*This includes evidence of and stored communications utilizing social media / messaging applications, to include Snapchat and WhatsApp.

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

1625 Kent Des Moines R
#5
Des. Moines, WA

| FILE NO. | G-DEP IDENTIFIER |
|---|---|
| FILE TITLE | |
| DATE  2/13/18 | |

DIVISION/DISTRICT OFFICE

Seattle FD

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 13 | cell phones | Evidence |
| 2 ex | oxycodone (susp) | |
| 2 ex | susp. methamphetamine | |
| 1 ex | susp heroin | |
| 2 | scales | |
| | Dodge Durango VIN - 1BHS28N81FSS6285 | |
| | 2005 Cadillac - 1G6KF57935U113582 | |
| | 2014 Maserati VIN - ZAM56PPA2E1072987 | |
| | (Undetermined amount of U.S. | |
| | Currency seized by Seattle PD) | |
| | not in DEA custody | |
| | Nothing Follows | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| | SA Tom Clemer |
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |
| | GS CHARLES CARTER MANNING |

FORM DEA-12 (8-02) Previous editions obsolete                    Electronic Form Version Designed in JetForm 5.2 Version